■ In the Matter of CHARLES I. GARSIDE, Respondent, v. NEW YORK HANDICAP, INC., Appellant.— Order, entered July 21, 1960, granting petitioner-respondent's motion for a limited inspection of certain of the respondent-appellant's financial records, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ DORA ABRONS et al., Appellants, v. CITY OF NEW YORK, Respondent.— Order, entered December 17, 1959, denying plaintiffs' application for reconsideration of the denial of a motion for a preference pursuant to subdivision 5 of rule V of the New York County Supreme Court Rules, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ MILDRED FLEER, Respondent, v. MARTIN FLEER, Appellant.— Order, entered August 16, 1960, granting plaintiff's motion for temporary alimony and counsel fees, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ SEYMOUR LEVINE et al., Appellants, v. CITY OF PORT JERVIS et al., Respondents.— Order, entered December 9, 1959, granting defendants' motion for a change of venue from the Supreme Court, New York County to the Supreme Court, Orange County, denying plaintiffs' cross motion to retain the venue in New York County and denying plaintiffs' application for reargument of their cross motion, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente and Bastow, JJ.

■ P. FLANIGAN & SONS, INC., Respondent, v. LIZZA & SONS, INC., Appellant, et al., Defendant.— Order, entered February 26, 1960, denying defendant-appellant's motion for an order directing plaintiff to serve upon the defendant-appellant a further bill of particulars, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ JOHN N. MICELI, Respondent, v. ALLSTATE INSURANCE COMPANY, Appellant.— Order, entered November 17, 1959, granting plaintiff's motion to modify the demand for a bill of particulars by striking from items 1 through 7, inclusive, the requirement that the plaintiff state the names of persons present at each of the times specified in those items, unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ FRIEDA DROTZER, as Administratrix of the Estate of ARTHUR S. YAMNER, Deceased, et al., Appellants, v. EUGENE M. GRANT et al., Respondents. — Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.

■ ZITA TURTLE, as Administratrix of the Estate of SIDNEY TURTLE, Deceased, Appellant, v. MOUNT SINAI HOSPITAL et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.